*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Eastern Division*
*Office of the Clerk*

***Wendy R. Oliver, Clerk***
***242 Federal Building***
***167 N. Main Street***
***Memphis, Tennessee 38103***
***(901) 495-1200***

***Deputy-in-Charge***
***U. S. Courthouse, Room 262***
***111 South Highland Avenue***
***Jackson, Tennessee 38301***
***(713) 421-9200***

---

# NOTICE OF SETTING

**Before Judge S. Thomas Anderson, United States District Judge**

---

October 19, 2026

RE: 1:26-cr-10075-STA
*USA v. Najwa Zandlo*

Dear Sir/Madam:

A **REPORT DATE/SCHEDULING CONFERENCE (***ATTORNEYS ONLY***)** has been **SET** before **Judge S. Thomas Anderson** for **FRIDAY, NOVEMBER 17, 2026** at **9:00 A.M.** in **Courtroom 1, 4th floor of the Federal Building, Jackson, Tennessee.**

The report date is required by Section IV, paragraph B(4) of the Speedy Trial Plan. The plan requires that the defendant and his/her attorney appear at the above-designated time to give a status report to the Court on the case. The defendant must be present at the Report Date unless the Court excuses his/her appearance and the defendant files a written waiver of appearance in advance of the Report Date. Attorneys for the government and each defendant are expected to have furnished and obtained **ALL DISCOVERY MATERIAL** prior to the Report Date.

Also, the attorney for each defendant is expected to have discussed with the defendant the options of a change of plea, or of going to trial and should be prepared to advise the Court of defendant's plan in this regard at the Report Date.

As to defendants on bond, failure to appear as directed will result in a forfeiture of that defendant's appearance bond and issuance of a warrant for his or her arrest.

**THE DEFENSE COUNSEL SHALL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions about this matter, please contact the case manager at the telephone number provided below.

Sincerely,
WENDY R. Oliver, CLERK

BY: s/Maurice B. Bryson
Case Manager to Judge S. Thomas Anderson
731-421-9205